| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------- X<br>:<br>UNITED STATES OF AMERICA,        :<br>:<br>       -v-                                                       :<br>:<br>:<br>Ethan Nguyen,                                          :<br>:<br>              Defendant.                             :<br>:<br>------------------------------------------------- X | 22 MJ 02478 (SN)-1<br><br>ORDER |

SARAH NETBURN, Magistrate Judge:

In light of Ethan Nguyen's acceptance into the Young Adult Opportunity Program and his and the Government's joint consent to exclude time under the Speedy Trial Act to allow for participation in such Program, time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) to April 28, 2024.

_____
SARAH NETBURN
United States Magistrate Judge

Dated:   October 31, 2022
            New York, New York