```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   1:22-mj-02478-SN-1
     -against-                       :   ORDER
                                     :
Ethan Nguyen                         :
                                     :
Defendant                            :
                                     :
-------------------------------------X
```

Sarah Netburn, United States Magistrate Judge:

It is hereby ORDERED that the defendant's bail be modified to include:

- Mental health evaluation/treatment as directed by Pretrial Services.

Dated:   May 25, 2023
         New York, New York

SO ORDERED:

_____
Sarah Netburn
United States Magistrate Judge